UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ALEXANDER GOMEZ,

        Plaintiff,

        -against-

WEST 10TH STREET PARTNER LLC, et al,

        Defendants.

1:23-cv-08442 (ALC) (JLC)

**ORDER OF TERMINATION**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **February 7, 2024**.

SO ORDERED.

Dated: January 8, 2024
       New York, New York

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**